UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL GLICKSTEIN,

                              Plaintiff,

          -against-

GIDEON PFEFFER; GSH GROUP,

                              Defendants.

20-CV-4930 (LLS)

CIVIL JUDGMENT

Pursuant to the order issued September 23, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under

28 U.S.C. § 1915(e)(2)(B)(i).

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to

Plaintiff and note service on the docket.

SO ORDERED.

Dated:   September 24, 2020
         New York, New York

_____
          Louis L. Stanton
             U.S.D.J.